UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle Hogquist, | Case No. 21-CV-2080 (SRN/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Mercy Hospital; Anoka County Police Departments; Anoka County Sheriff's Office; Anoka County District Courts & Offices; and Anoka County Public Defenders Office, | |
| Respondents. | |

Michelle Hogquist, Petitioner pro se.

Edwin William Stockmeyer III and Matthew Frank, Office of the Minnesota Attorney General - Trials and Appeals, Bremer Tower, Suite 1800, 445 Minnesota Street St. Paul, MN 55101-2134, for Respondents.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated October 12, 2021 [Doc. No. 7]. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT:**

1. The petition for a writ of habeas corpus of petitioner Michelle Hogquist [Doc. No. 1] is DENIED WITHOUT PREJUDICE.

2

2. This matter is DISMISSED.

3. No certificate of appealability shall issue.

Dated:  October 29, 2021

                                                        s/Susan Richard Nelson  
                                                        SUSAN RICHARD NELSON  
                                                        United States District Judge